# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYRONE HURT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CV-17-477-R |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter was transferred from the Eastern District of Texas sua sponte, on the basis of venue. The Court has before it Plaintiff's request in his Complaint to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [Doc. No. 1]. Plaintiff has failed to provide the required information in order for the Court to determine his pauper status. Pursuant to LCvR 3.3(a): "An applicant who seeks leave to proceed without prepayment of the filing fees must, . . . submit an application to proceed *in forma* pauperis on forms approved by this court and supplied by the clerk upon request. Failure to use such form or to furnish the court with the equivalent information required by the form will result in the application being stricken." Accordingly, the Court hereby orders the Clerk to provide Plaintiff with a copy of the requisite form. Plaintiff shall file the form, legibly completed, not later than May 15, 2017.

The Court further notes that as it currently stands Plaintiff's complaint would be subject to dismissal. First, it is nearly impossible for the Court to read as it is illegible and incomprehensible. Furthermore, it is unclear how or why the State of Oklahoma and the

1

"Whites in the United States and North America" violated his rights. The Court notes that upon review of Plaintiff's filings in various other district courts, that both the legibility of his pleadings and the substance thereof have been addressed by numerous courts and resulted in filing restrictions. *See, e.g., Hurt v. Soc. Sec. Admin.*, 544 F.3d 308, 311 (D.C.Cir.2008); *Hurt v. United States*, 2013 WL 6489951 (D.Mass. Dec. 5, 2013); *Hurt v. Encinia*, 2015 WL 6674820 (S.D.Tex. Oct. 30, 2015)("A national litigation index reveals that since 1985, Hurt has filed at least 468 civil actions in federal courts across the country."). Accordingly, in addition to a proper motion for leave to proceed *in forma pauperis* on the appropriate form, Plaintiff is ordered to file an amended complaint that is legible and in compliance with this Order and all applicable rules of the Court. To assist in this endeavor the Clerk is ordered to provide Mr. Hurt with a *pro se* filing packet. Failure to comply with this Order may result in dismissal without prejudice without further notice.

IT IS SO ORDERED this 26th day of April, 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE